# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| William Henry Morris, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:11-cv-00417-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Alex Saine, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 12, 2014 Order.

September 12, 2014

_____
Frank G. Johns, Clerk
United States District Court